UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZAKEE SHAKIR, | Case No. C21-1147RSM |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| THE DEPARTMENT OF PUBLIC DEFENSE, NORTHWEST DEFENDER'S DIVISION – KING COUNTY, | |
| Defendant. | |

*Pro se* Plaintiff Zakee Shakir has been granted leave to proceed *in forma pauperis* in this matter.  Dkt. #6.  The Complaint was posted on the docket on September 10, 2021.  Dkt. #7.  Summons has not yet been issued.

Plaintiff Shakir brings this case against "The department of Public Defense, Northwest Defender's Division, King County."  *Id*. at 2.  Mr. Shakir has filed a "Prisoner Civil Rights Complaint" form issued by this Court for prisoners filing complaints under 42 U.S.C. § 1983.  However, his mailing address indicates that he is no longer incarcerated.  *See* Dkt. #1-2.  Perhaps realizing this error, Mr. Shakir has not included the first page of the form where the plaintiff is to include his prisoner ID number, place of detention and prisoner status.  The Complaint simply jumps from "Page 1 of 9" to "Page 3 of 9."

ORDER TO SHOW CAUSE - 1

Turning to the substance of the Complaint, Mr. Shakir appears to be suing the public defender that represented Plaintiff in a 2011 state court matter. Plaintiff brings causes of action for violations of the 4th Amendment, 5th Amendment (due process), and 8th Amendment. It is unclear to the Court how the public defender is liable under these causes of action. The facts are not connected to the law. It is unclear how Plaintiff can bring civil suit against this Defendant for actions that occurred approximately ten years ago.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

As it currently stands, Plaintiff does not support these claims with sufficient facts or law to establish a claim. Plaintiff's Complaint suffers from deficiencies that, if not corrected in an Amended Complaint, require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B).

Accordingly, the Court hereby ORDERS that Plaintiff must SHOW CAUSE why this case should not be dismissed by filing a response with the Court **no later than thirty (30) days from the date of this Order**. Plaintiff must explain 1) how the public defender is liable under these causes of action 2) why any of these claims are timely and not barred by applicable statutes of limitation. **This response is limited to six (6) pages**. Failure to file a response to this Order in 30 days will result in dismissal of this case.

DATED this 10th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 2