UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZAKEE SHAKIR,

                    Plaintiff(s),

        v.

KING COUNTY DEPARTMENT OF
PUBLIC DEFENSE, NORTHWEST
DEFENDERS DIVISION,

                    Defendant(s).

CASE NO. 2:21-cv-01147-TL

MINUTE ORDER

        The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

        (1) *Pro se* Plaintiff Zakee Shakir initiated this action on August 23, 2021, with the Complaint being posted on the docket on September 10. *See* Dkt. Nos. 1, 7. No summons has been issued, pending the Court's consideration of Mr. Shakir's response to an Order to Show Cause why this case should not be dismissed under 28 U.S.C. § 1915(e)(2)(B). *See* Dkt. Nos. 8, 9.

(2) The case was re-assigned to Judge Lin on December 13, 2021.

(3) On March 9, 2022, Mr. Shakir filed a Notice of Change of Address, notifying the Court that he would no longer receive mail at his prior mailing address and that he would update the Court "a.s.a.p." of his new address. Dkt. No. 12.

(4) Over three months have passed. Mr. Shakir has yet to notify the Court of his new mailing address nor taken any other action in his case. Mr. Shakir is not registered as an e-filer.

(5) Local Civil Rule 41(b)(2) of the U.S. District Court for the Western District of Washington requires:

> "A party proceeding pro se shall keep the court and opposing parties advised as to his or her current mailing address and, if electronically filing or receiving notices electronically, his or her current email address. If mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute."

(6) Before the Court addresses the merits of Mr. Shakir's case, the Court hereby ORDERS as follows: Mr. Shakir is DIRECTED to file a notification of his current mailing address or register as an e-filer with his current e-mail address by **August 29, 2022**, or **within sixty (60) days** of this Order.

(7) Failure to update his address shall result in dismissal of Mr. Shakir's case without prejudice for failure to prosecute.

Dated this 30th day of June 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk